B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Western District of Wisconsin

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Northwestern Stone, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **39-1963642** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4373 Pleasant View Road**<br>**Middleton, WI**<br>ZIPCODE **53562** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Dane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [x] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Limited Liability Company**

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Northwestern Stone, LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. X _____ Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
 ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
 ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Northwestern Stone, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Timothy J. Peyton*<br>Signature of Attorney for Debtor(s)<br><br>**Timothy J. Peyton 1019378**<br>**Kepler & Peyton**<br>**634 W. Main Street Suite 202**<br>**Madison, WI 53703**<br><br>**tim@keplerpeyton.com**<br><br><br><br>**December 16, 2010**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>_____<br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Richard C. Bakken, Managing Member* <br>Signature of Authorized Individual<br><br>**Richard C. Bakken, Managing Member**<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br>**December 16, 2010**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br><br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Wisconsin

**IN RE:**  Case No. _____

**Northwestern Stone, LLC**  Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Welton Enterprises, Inc.**<br>**702 North Blackhawk Avenue, #109**<br>**Madison, WI 53705** | **Kurt Welton** | | | **428,166.10** |
| **Ahlgrim Explosives Company, Inc.**<br>**Attn: John Ahlgrimm**<br>**1829 East Ravenswood Court**<br>**Appleton, WI 54913-6626** | **(920) 733-3535** | | | **333,122.94** |
| **Madison Truck Sales**<br>**PO Box 8130**<br>**Madison, WI 53708** | **Roger Sage**<br>**Suite 100**<br>**30 West Mifflin Street**<br>**Madison, WI 53703**<br>**(608) 258-8855** | | | **165,000.00** |
| **Viking Explosives & Supply, Inc.**<br>**Attn: Mark Mueller**<br>**12955 Courthouse Boulevard**<br>**Rosemount, MN 55068** | **(651) 437-3101 x213** | | | **115,529.84** |
| **Middleton Cooperative**<br>**Attn: Dave Rischmueller**<br>**PO Box 620348**<br>**Middleton, WI 53562-0348** | **(608) 831-5921** | | | **111,550.77** |
| **Michael Bakken**<br>**PO Box 620262**<br>**Middleton, WI 53562-0262** | **(608) 445-7709** | | | **104,323.86** |
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 21126**<br>**Philadelphia, PA 19114-0326** | | | | **88,827.67** |
| **Wisconsin Department Of Revenue**<br>**Special Procedures Unit**<br>**PO Box 8901**<br>**Madison, WI 53708-8901** | | | | **32,127.00** |
| **Marlin Leasing**<br>**Suite 175**<br>**3720 Da Vinci Court**<br>**Norcross, GA 30092** | **(888) 308-4403** | | | **26,822.10** |
| **Patten Industries, Inc.**<br>**Attn: Alisha Stoltz, Finance Admin.**<br>**635 West Lake Street**<br>**Elmhurst, IL 60126** | **(630) 758-1277** | | | **25,367.19** |
| **Landmark Services Cooperative**<br>**Attn: Tom Haynes, Credit Manager**<br>**PO Box 277**<br>**Cottage Grove, WI 53527** | **(608) 251-9010** | | | **25,183.03** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Contact | Amount |
|---|---|---|
| **Sam's Well Drilling, Inc.**<br>PO Box 150<br>Randolph, WI 53956 | (920) 326-5193 | 24,177.17 |
| **WK Stone Co., Inc.**<br>Attn: Bill Kahl<br>4292 Twin Valley Road<br>Middleton, WI 53562 | (608) 836-4424 | 23,384.79 |
| **Springfield Welding & Mfg. Co., Inc.**<br>Attn: Julie McKiernan, Office Manager<br>7265 State Road 19<br>Waunakee, WI 53597 | (608) 849-7077 | 16,517.44 |
| **Pomp's Tire Service, Inc.**<br>Credit Department<br>PO Box 1630<br>Green Bay, WI 54305-1630 | (800) 536-2940 | 15,679.57 |
| **Brooks Tractor, Inc.**<br>Attn: Sue Newton, Credit Manager<br>PO Box 9<br>Sun Prairie, WI 53590 | (608) 837-5141 | 14,736.93 |
| **Murphy Insurance Group**<br>Attn: Steve Murphy<br>251 Progress Way, Suite 300<br>Waunakee, WI 53597 | (608) 849-6873 | 14,733.13 |
| **Lincoln Contractors Supply, Inc.**<br>11111 West Hayes Avenue<br>PO Box 270168<br>Milwaukee, WI 53227 | **Commercial Collections, Inc.**<br>Attn: Bob Haider<br>PO Box 477<br>Oak Creek, WI 53154<br>(800) 999-5185 | 14,015.14 |
| **RB Scott Company, Inc.**<br>Attn: John Mickelson<br>PO Box 65<br>Eau Claire, WI 54702-0065 | (715) 832-9782 | 10,392.87 |
| **Axley Brynelson, LLP**<br>2 East Mifflin Street, Suite 200<br>PO Box 1767<br>Madison, WI 53701-1767 | | 5,558.51 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **December 16, 2010**     Signature: */s/ Richard C. Bakken, Managing Member*

**Richard C. Bakken, Managing Member,**
(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Ahlgrim Explosives Company, Inc.
Attn: John Ahlgrimm
1829 East Ravenswood Court
Appleton, WI  54913-6626


Airgas North Central
PO Box 2395
Waterloo, IA  50704


Airgas North Central
4101 Robertson Road
Madison, WI  53714-3118


American State Equipment Co., Inc.
2055 South 108th Street
PO Box 270287
Milwaukee, WI  53227


AT&T Advertising Solutions
PO Box 8112
Aurora, IL  60507-8112


Auburndale Recycling Center, LLC
10453 South George Avenue
PO Box 137
Auburndale, WI  54412


Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
PO Box 1767
Madison, WI  53701-1767


BPI Blueprints, Inc.
11331 West Rogers Street
Milwaukee, WI  53227-1136

Brooks Tractor, Inc.
Attn: Sue Newton, Credit Manager
PO Box 9
Sun Prairie, WI   53590


Caterpillar Access Account Corporation
PO Box C1117
Southeastern, PA   19398-1117


Central Hydraulics, Inc.
362 Mitchell Drive
Eagle, WI   53119


Charter Communications
2701 Daniels Street
Madison, WI   53718


Chris Foss Contractors, Inc.
6202 Paske Court
Middleton, WI   53562


CNH Capital
PO Box 3600
Lancaseter, PA   17604


Commercial Collections, Inc.
Attn: Bob Haider
PO Box 477
Oak Creek, WI   53154


Conney Safety Products
PO Box 44575
Madison, WI   53744-4575

Dane County Treasurer
PO Box 1299
Madison, WI  53701-1299


Department Of Workforce Development
PO Box 7945
Madison, WI  53707-7945


DNT Trucking
N3861 Dunning Road
Poynette, WI  53955-8522


Donald Bach
Suite 600
2 East Mifflin Street
Madison, WI  53703-2865


DRM Industries Corp.
231 West Aadms Street
PO Box 758
Lake Delton, WI  53940


Dunville Drilling
E4862 170th Avenue
PO Box 159
Menomonie, WI  54751


Duren Custom Cleaning
7654 Riles Road
Middleton, WI  53562-3947


Evergreen State Bank
3162 County Road B
Stoughton, WI  53589

Fastenal Company
PO Box 978
Winona, MN  55987


Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA  19114-0326


Internal Revenue Service
Insolvency Administration
P.O. Box 21126
Philadelphia, PA  19154


Interstate Batteries Of Southwestern WI
PO Box 628425
Middleton, WI  53562-2526


John Deere Construction and Forestry Co.
6400 NW 86th Street
PO Box 6600
Johnston, IA  50131-6600


John Deere Credit
PO Box 4450
Carol Stream, IL  60197-4450


Landmark Services Cooperative
Attn: Tom Haynes, Credit Manager
PO Box 277
Cottage Grove, WI  53527


Lincoln Contractors Supply, Inc.
11111 West Hayes Avenue
PO Box 270168
Milwaukee, WI  53227

Madison Spring Co., Inc.
2550 Industrial Drive
Madison, WI   53713-2250


Madison Truck Equipment, Inc.
2410 South Stoughton Road
Madison, WI   53716-2898


Madison Truck Sales
PO Box 8130
Madison, WI   53708


Marlin Leasing
Suite 175
3720 Da Vinci Court
Norcross, GA   30092


Mary's Trucking, Inc.
3759 Robert Nelson Lane
Deerfield, WI   53531


Maxwell Systems
Suite 200
1000 First Avenue
King Of Prussia, PA   19406


Michael Bakken
PO Box 620262
Middleton, WI   53562-0262


Middleton Cooperative
Attn: Dave Rischmueller
PO Box 620348
Middleton, WI   53562-0348

Motion Industries
PO Box 98412
Chicago, IL  60693


Murphy Desmond, SC
33 East Main Street, Suite 500
PO Box 2038
Madison, WI  53701-2038


Murphy Insurance Group
Attn: Steve Murphy
251 Progress Way, Suite 300
Waunakee, WI  53597


Patten Industries, Inc.
Attn: Alisha Stoltz, Finance Admin.
635 West Lake Street
Elmhurst, IL  60126


Polk Diesel And Machine, Inc.
5900 Haase Road
DeForest, WI  53532


Pomp's Tire Service, Inc.
Credit Department
PO Box 1630
Green Bay, WI  54305-1630


RB Scott Company, Inc.
Attn: John Mickelson
PO Box 65
Eau Claire, WI  54702-0065


Roger Sage
Suite 100
30 West Mifflin Street
Madison, WI  53703

Sam's Well Drilling, Inc.  
PO Box 150  
Randolph, WI  53956


Springfield Welding & Mfg. Co., Inc.  
Attn: Julie McKiernan, Office Manager  
7265 State Road 19  
Waunakee, WI  53597


TCF Equipment Finance, Inc.  
Suite 801  
11100 Wayzata Boulevard  
Minnetonka, MN  55305


Town Of Middleton Treasurer  
7555 West Old Sauk Road  
Verona, WI  53593


U.S. Attorney's Office  
PO Box 1585  
Madison, WI  53701-1585


University Sports Publications  
Dept. 440  
2701 University Avenue  
Madison, WI  53705


Viking Explosives & Supply, Inc.  
Attn: Mark Mueller  
12955 Courthouse Boulevard  
Rosemount, MN  55068


Wells Electric Service, Inc.  
7916 Forsythia Court  
Middleton, WI  53562-1410

Welton Enterprises, Inc.
702 North Blackhawk Avenue, #109
Madison, WI   53705


Whyte Hirschboeck Dudek, SC
Attn: Dan McGarry
33 East Main Street, Suite 300
Madison, WI   53703


Wiedenbeck, Inc.
2451 Kilgust Road
PO Box 259446
Madison, WI   53725


Wisconsin Department Of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI   53708-8901


Wisconsin Department Of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI   53708-8901


WK Stone Co., Inc.
Attn: Bill Kahl
4292 Twin Valley Road
Middleton, WI   53562