UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In Re: | ) | In Chapter 11 Proceedings |
| | ) | |
| Northwestern Stone, | ) | Case No. 10-19137 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

The following persons, selected from unsecured creditors who are willing to serve, are hereby appointed as the creditors' committee in the above-entitled case:

| CREDITOR | REPRESENTATIVE |
|---|---|
| Madison Truck Sales, Inc.<br>30 W. Mifflin St., Ste. 1001<br>Madison, WI 53703 | Attorney Roger Sage<br>(608) 258-8855 |
| Ahlgrimm Explosives Co.<br>1829 Ravenswood Court<br>Appleton, WI 54913 | John Ahlgrimm<br>(920) 733-3535 |
| Brooks Tractor Inc.<br>1900 W. Main St.<br>P.O. Box 9<br>Sun Prairie, WI 53590 | Mary Kay Brooks<br>(608) 837-5141 |
| Middleton Farmers Coop<br>P.O. Box 620348<br>Middleton, WI 53562-0348 | David Rischmueller<br>(608) 831-5921 |
| Welton Family Limited Partnership<br>702 N. Blackhawk Ave., Ste. 109<br>Madison, WI 53705 | Kurtis D. Welton<br>(608) 661-8808 |

Dated:  January 26, 2011

Respectfully submitted,

PATRICK S. LAYNG
United States Trustee

By:  */s/ Mary R. Jensen*
Mary R. Jensen
Attorney for the U.S. Trustee